# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHIARIELLO, MARIE | § | Case No. 13-04648 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 s. DEARBORN STREET
        CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/13/2014 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/16/2014                By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CHIARIELLO, MARIE § Case No. 13-04648
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 75,000.00 |
| and approved disbursements of | $ | 1,280.55 |
| leaving a balance on hand of[1] | $ | 73,719.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 7,000.00 | $ 0.00 | $ 7,000.00 |
| Other: International Sureties Ltd | $ 70.22 | $ 70.22 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,000.00 |
| Remaining Balance | | $ | 66,719.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,037,052.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First Merit Bank | $ 2,012,159.76 | $ 0.00 | $ 65,904.13 |
| 2 | Advocate Financial Group | $ 14,808.00 | $ 0.00 | $ 485.01 |
| 3 | eCAST Settlement Corp | $ 10,084.89 | $ 0.00 | $ 330.31 |
| | Total to be paid to timely general unsecured creditors | | $ | 66,719.45 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                      Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 13-04648-DRC
Marie Chiariello                                               Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen                Page 1 of 1                Date Rcvd: May 19, 2014
                           Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2014.
```
db           +Marie Chiariello,    4051 Pheasant Court,    Saint Charles, IL 60174-8848
20013962     +Advocate Financial Group,    Bankruptcy Dept.,    900 East Diehl  Suite 181,
               Naperville, IL 60563-2390
20495325     +Advocate Financial Group LLC,    900 E Diehl Road, Ste 181,    Naperville, IL 60563-2390
20013966     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20013967     +Dolly Walsh,    1464 Anvil Court,    Bartlett, IL 60103-2049
20013969    ++FIRSTMERIT BANK NA,    3 CASCADE PLAZA CAS36,    3RD FLOOR,    AKRON OH 44308-1124
              (address filed with court:  First Merit Bank,     Bankruptcy Dept.,    106 South Main Street,
               Akron, OH 44308)
20013968      First Merit Bank,    Bankruptcy Dept.,    295 First Merit Circle,    Akron, OH 44307
20013970     +First Merit Bank, NA,    Bankruptcy Dept.,    POB 3648,    Akron, OH 44309-3648
20181816     +FirstMerit Bank, N.A.,    Aronberg Goldgehn/Attn Angela C Wikgren,    330 N Wabash, Ste 1700,
               Chicago, IL 60611-7765
20013971      Ontario Wealth Management Corp.,    Bankruptcy Dept.,    2950 Keele Street #201,
               Toronto, Ontario   M3M2H2
20186307     +Ontario Wealth Management Corporation,    c/o Field and Goldberg, LLC,
               10 S. LaSalle Street, Suite 2910,    Chicago, IL 60603-1056
20013972     +PNC Bank,    2730 Liberty Ave,    Bankruptcy Dept.,    Pittsburgh, PA 15222-4704
20013973     +William Serritella&Angela Morrison,    Aronberg Goldgehn Davis&Garmisa,
               330 North Wabash Ave. #1700,    Chicago, IL 60611-7765
20650953      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
               New York, NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20013963      E-mail/Text: ally@ebn.phinsolutions.com May 20 2014 01:13:48      Ally,   Bankruptcy Dept.,
               POB 9001952,    Louisville, KY 40290-1952
20013964     +E-mail/Text: ally@ebn.phinsolutions.com May 20 2014 01:13:48      Ally Automotve Financing,
               Bankruptcy Dept.,    POB 380901,    Bloomington, MN 55438-0901
20013965     +E-mail/Text: ally@ebn.phinsolutions.com May 20 2014 01:13:48      Ally Financial,
               200 Renaissance Ctr,    Bankruptcy Dept.,    Detroit, MI 48243-1300
                                                                                               TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2014                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2014 at the address(es) listed below:
```
              Angela C Wikgren    on behalf of Creditor    FirstMerit Bank NA awikgren@agdglaw.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              David  Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,    dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Justin M. Newman    on behalf of Creditor    Ontario Wealth Management Corporation
               jnewman@fieldandgoldberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Trustee Brenda Porter Helms, ESQ rlarsen@springerbrown.com,
               vmaurer@kleinstoddard.com;jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Thomas F. Fezzey    on behalf of Debtor Marie  Chiariello fezzey@gmail.com
                                                                                               TOTAL: 8
```