# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
CHIARIELLO, MARIE §   Case No. 13-04648
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Automotve Financing Bankruptcy Dept. POB 380901 Bloomington, MN 55438 | | | | | |
| | Ally Bankruptcy Dept. POB 9001952 Louisville, KY 40290-1952 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Bankruptcy Dept. Detroit, MI 48243 | | | | | |
| | Dolly Walsh 1464 Anvil Court Bartlett, IL 60103 | | | | | |
| | First Merit Bank Bankruptcy Dept. 106 South Main Street Akron, OH 44308 | | | | | |
| | First Merit Bank Bankruptcy Dept. 295 First Merit Circle Akron, OH 44307 | | | | | |
| | First Merit Bank, NA Bankruptcy Dept. POB 3648 Akron, OH 44309 | | | | | |
| | Ontario Wealth Management Corp. Bankruptcy Dept. 2950 Keele Street #201 Toronto, Ontario  M3M2H2 | | | | | |
| | PNC Bank 2730 Liberty Ave Bankruptcy Dept. Pittsburgh, PA 15222 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | William Serritella&Angela Morrison Aronberg Goldgehn Davis&Garmisa 330 North Wabash Ave. #1700 Chicago, IL 60611 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ADVOCATE FINANCIAL GROUP | | | | | |
| 3 | ECAST SETTLEMENT CORP | | | | | |
| 1 | FIRST MERIT BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-04648 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CHIARIELLO, MARIE | | Date Filed (f) or Converted (c): | 02/07/13 (f) |
| | | | 341(a) Meeting Date: | 03/08/13 |
| For Period Ending: | 08/13/14 | | Claims Bar Date: | 07/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 230,000.00 | 0.00 | | 75,000.00 | FA |
| 2. CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS AND FURNISHINGS | 1,800.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 5. INTEREST IN BELLA TERRACE CENTER LLC | 0.00 | 0.00 | | 0.00 | FA |
| 6. INTEREST IN PRAIRIE TOWNE CENTER LLC | 0.00 | 0.00 | | 0.00 | FA |
| 7. INTEREST IN WESTGATE COMMONS LLC | 0.00 | 0.00 | | 0.00 | FA |
| 8. INTEREST IN WILLOW SQUARE CENTER LLC | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2010 CHEVY EQUINOX | 8,500.00 | 0.00 | | 0.00 | FA |
| 10. PROCEEDS FROM SECOND MORTGAGE | 75,000.00 | 75,000.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $316,300.00 | $75,000.00 | | $75,000.00 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/14

Case 13-04648   Doc 31   Filed 09/24/14   Entered 09/24/14 14:03:25   Desc Main
Document      Page 9 of 10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-04648 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | CHIARIELLO, MARIE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1517 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9554 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.98 | -17.98 |
| 04/12/13 | 1 | Dolly Walsh<br>1464 Anvil Ct<br>Bartlett IL 60103 | Received and recorded in receipts log 3/27/13; posted to form 2 4/12/13 | 1129-000 | 75,000.00 | | 74,982.02 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.85 | 74,874.17 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.32 | 74,762.85 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.57 | 74,655.28 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 111.00 | 74,544.28 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.83 | 74,433.45 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 107.10 | 74,326.35 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.50 | 74,215.85 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 106.78 | 74,109.07 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.17 | 73,998.90 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.02 | 73,888.88 |
| 02/15/14 | 010001 | International Sureties Ltd<br>701 Polydras St. #420<br>New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | 70.22 | 73,818.66 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 99.21 | 73,719.45 |
| 06/13/14 | 010002 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 7,000.00 | 66,719.45 |
| 06/13/14 | 010003 | First Merit Bank<br>Arronberg Goldgehn<br>Attn: Angela Wikgren<br>330 N. Wabash #1700<br>Cihcago IL 60611 | Claim 1, Payment 3.27529% | 7100-000 | | 65,904.13 | 815.32 |
| 06/13/14 | 010004 | Advocate Financial Group<br>900 E. Diehl Road #181<br>naperville IL 60563 | Claim 2, Payment 3.27532% | 7100-000 | | 485.01 | 330.31 |
| 06/13/14 | 010005 | eCAST Settlement Corp | Claim 3, Payment 3.27530% | 7100-000 | | 330.31 | 0.00 |
| | | | Page Subtotals | | 75,000.00 | 75,000.00 | |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-04648 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CHIARIELLO, MARIE | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******1517 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9554 |  |  |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | assignee of Chase Bank<br>P.O. Box 29262<br>New York NY 10087 |  |  |  |  |  |

```
                                     COLUMN TOTALS                      75,000.00         75,000.00           0.00
                                Less: Bank Transfers/CD's                    0.00              0.00
                                     Subtotal                           75,000.00         75,000.00
                                Less: Payments to Debtors                                      0.00
                                     Net                                75,000.00         75,000.00

                                                                            NET             NET            ACCOUNT
                            TOTAL - ALL ACCOUNTS                      NET DEPOSITS     DISBURSEMENTS       BALANCE
                   Checking Account (Non-Interest Earn - ********1517    75,000.00         75,000.00           0.00
                                                                     ------------      ------------      ------------
                                                                        75,000.00         75,000.00           0.00
                                                                     ============      ============      ============
                                                                     (Excludes Account (Excludes Payments  Total Funds
                                                                        Transfers)         To Debtors)       On Hand
```

          /s/    BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 08/13/14
          BRENDA PORTER HELMS, TRUSTEE

Page Subtotals                         0.00              0.00

Ver: 18.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*